## Commonwealth *v.* Quirple, Appellant.
## Commonwealth *v.* Thomas, Appellant.

Argued March 23, 1973. *John V. Hasson,* with him *Charles J. Weiss,* and *Timoney, Knox, Avrigian & Hasson,* for appellants; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Orders affirmed.